**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GRAZYNA S. GREZAK,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-2111** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| **ROPES & GRAY, LLP,** *et al.* : | |
| **Defendants** : | |

# O R D E R

Presently before the court is the plaintiff's motion for an extension of time to file objections to the Report and Recommendation. (Doc. 191). The motion is **GRANTED**. The plaintiff shall have until **June 29, 2018** to file her objections.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Dated:   May 30, 2018**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-2111-1.wpd