UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**GRAZYNA S. GREZAK,**                    :

                                          :

      **Plaintiff**                       :   CIVIL ACTION NO. 3:15-2111  FILED

    v                                     :                                SCRANTON

                                          :   (JUDGE MANNION)   JUN 20 2018
**ROPES & GRAY, LLP,** *et al.*

                                          :                         PER _____
**Defendants**                                                      DEPUTY CLERK

MOTION TO EXCLUDE AFFIDAVIT OF DARIUS A. MARZEC FROM COURT'S DOCKET NO. 214 Att: 1

    AND NOW, Plaintiff Grazyna S Grezak ("Plaintiff"), respectfully requests the Honorable Court to exclude Affidavit of Darius A. Marzec ("Affidavit") from its Docket No. 214 Att: 1, and in support thereof, respectfully avers as follows:

    On June 15, 2018 at 9:56 PM, Defendant Darius A. Marzec ("Marzec") under a Pennsylvania licensed attorney Darius A Marzec, Esq. filed his second Affidavit with this Court, and submitted in Docket No. 214 as the attachment No. 1 without leave of Court following expiration of the deadline.

    The Affidavit was issued as a part of an ongoing companion of harassment, defamation against Plaintiff, to delay this litigation, and to cause prejudice to Plaintiff.

    The foregoing affidavit prepared by Marzec as a declaration in support of his Motion to Dismiss Plaintiff's Third Amended Complaint was submitted under his Pennsylvania license as attorney with this Court for Defendant Marzec. Such a document was designed improperly in Bad Faith and intended to mislead the Court about the nature of this lawsuit against Marzec based on misleading information about Plaintiff' previous litigations in New York, disqualification of attorney Darius A. Marzec from Plaintiff's representation in open Court, his sneaky withdrawal to cover the lies in the defense to his disqualification, etc.

    Marzec as the attorney to Plaintiff in New York's actions was warned of sanction by Honorable Raymond Dearie, District Judge of Eastern District of New York. During pendency of her cases Darius A. Marzec, Esq. was going through many shady lawsuits filed by him. There were many lawsuits against him as the attorney, and against his law firm, including litigations in Pennsylvania.

The continued lot of Marzec's misleading information about Plaintiff's previous litigations in New York are coming from nowhere as the imaginary of Marzec, and will be address by Plaintiff in details in her following documents.

This Affidavit, and the sufficient evidence in the record of this case, support a conclusion that Marzec is a anxious man, and Plaintiff respectfully requests the Court to take all the allegation of Marzec's harassing conducts against Plaintiff extremely seriously. The Third Amended Complaint is about his intimation and injury of Plaintiff, done in conspiracy with all other Defendants to this case, for Plaintiff's continued litigations in Eastern District Court of New York, Souther District of New York, appeal in Second Circuit, the properly served on him case No. 1631140/2015 in the Supreme Court.

Marzec's profession is Pennsylvania licensed attorney and he had office in Stroudsburg in Pennsylvania, fifteen (15) minutes away from Plaintiff's house, where she primarily meet him in 2011. Moreover, he practices his law until now in Philadelphia, Pennsylvania.

Marzec, in his second Affidavit, continues to provide to this Honorable Court misrepresentation submitted under his Pennsylvania license regarding service on him. He falsely states again, that he was not aware that he was served with legal process in this case, lying that he did not sign received mail from United States Marshal Service. Marzec knows that he received it, and signed the received by him Summons. There is sufficient evidence in the record to support a conclusion that Marzec was properly served personally with the Third Amended Complaint and all the Affidavits of the services were properly filed with the Court on time. Marzec actively and intentionally evaded service of "Waiver of Service" send to him by that Court, and Plaintiff's personal service of the copy of Third Amended Complaint at his home, when he intentionally frustrated of such a personal delivery.

Plaintiff requests that Affidavit be removed from the record of this case, because the document is made and intended by Marzec to lead to support Motion to Dismiss as an inappropriate, misleading filing, wholly designed as irrelevant allegations against Plaintiff with no relationship to the controversy, improperly casts a derogatory light on Plaintiff, reflects cruelly upon her character, uses repulsive language and detract from the dignity of this Court.

Some of the paragraphs of the Affidavit, especially No. 13 and 14, are about some claims from the Third Amended Complaint when Marzec was dealing with Plaintiff in his personal capacity. It will be proved against Marzec by Plaintiff' supporting evidence in her following documents.

Moreover, if Marzec intended to submit this document as a declaration, it does not contain the wording of declaration required by this Court and it is legally deficient.

All the above is literally done by Marzec in attempting to obtain the false dismissal of the Third Amended Complaint against Marzec and obtain fraudulent legal fees from Plaintiff. Darius A. Marzec, Esq.' hourly rate and hours are outrageously excessive, and his all bills provided to Plaintiff were wholly inadequate to allow her to determine as to what the fees were entitled. This case is about Plaintiff's trauma from Marzec's harassment of her with his imaginary debts long after he was disqualified from her representation.

The Court is respectfully referred to Plaintiff's very detailed Brief in support of the Motion to exclude Affidavit of Darius A. Marzec from Court's Docket No. 214 Att: 1, and her Brief based on the evidence in opposition to re 214 Motion to dismiss.

WHEREFORE, Plaintiff Grazyna S. Grezak, for the reason stated above, respectfully requests the Honorable Court to exclude Affidavit of Darius A. Marzec from its Docket No. 214 Att:1.

Respectfully Submitted,

Grazyna Grezak
144 Wyndham Dr.
Cresco, PA

Dated: June 20, 2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAZYNA S. GREZAK, | : |
| Plaintiff | : CIVIL ACTION NO. 3:15-2111 |
| v | : |
| ROPES & GRAY, LLP, *et al.* | : (JUDGE MANNION) |
| Defendants | : |

PROPOSED ORDER

Presently before the Court is the plaintiff's motion to exclude Affidavit of Darius A. Marzec from the Court's Docket No. 214 Att: 1. The motion is GRANTED.

_____
MALACHY E. MANNION

United States District Judge

Dated: _____, 2018

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____X

Grazyna S Grezak,

Plaintiff,                                                          No. 3:15-CV-2111

v.

Ropes & Gray, LLP, et al.,                                 (Mannion, D.J.)

Defendants                                                        (Mehalchick, M.J.)

_____X

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on __June 20__, 2018, I served via U.S. mail a true and correct copy of Plaintiff __Proposed Order and Motion to Exclude Affidavit of Darius A. Marzec from Court's Docket No. 214 Att: 1__

Upon all Defendants to this case addressed as follow:

Darius A Marzec

50 Long Bridge Road

Allamuchy Township, NJ 07838;


James J. Rodgers

Dilworth Paxson LLP

1500 Market Street, Suite 3500E

Philadelphia, PA 19102;

Garbarini & Scher P. C.

Yuval D. Bar-Kokhba

432 Park Ave S # 9

New York, NY 10016


Samuel S Dalke

228 Walnut Street, Suite 220

P. O. Box 11754

Harrisburg, PA 17108


Aaron J Marcus

New York State Office of the Attorney General

44 Hawley Street, 17th Floor

Binghamton, NY 13901

*Grazyna Grezak* (signature)

Grazyna Grezak

144 Wyndham Dr.

Cresco, PA 18326

(201) 681 0076

Date: June 20, 2018