# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GRAZYNA S. GREZAK,  :

  :

**Plaintiff**  :  CIVIL ACTION NO. 3:15-2111

  :

v  :

  :  (JUDGE MANNION)

ROPES & GRAY, LLP, *et al.*  :

  :

**Defendants**  :

FILED
SCRANTON
JUN 20 2018
PER _____
       DEPUTY CLERK

## MOTION TO STRIKE MEMO OF LAW FROM COURT'S DOCKET NO. 214 Att: 6

AND NOW, Plaintiff Grazyna S. Grezak ("Plaintiff"), respectfully requests the Honorable Court to strike Memo of Law from its Docket No. 214 Att:6, pursuant to Local Rule 5.1 (h) and Fed. R. Civ. P. 12(f), and in support thereof, respectfully avers as follows:

On June 15, 2018 at 9:56 PM, Defendant Darius A. Marzec ("Marzec") under a Pennsylvania licensed attorney Darius A. Marzec, Esq. filed his Memo of Law as an attachment No. 6 to re 214 Motion to Dismiss based on misleading Affidavit of Darius A Marzec (Doc. 214 Att: 1), Affidavit of Darius A. Marzec (Doc. 213), filed without leave of Court following the expiration of the deadline, failing to comply with May 16, 2018 Order.

Local Rule 5.1(h) requires that the motion and brief be separate documents. Marzec filed his re 214 Motion to Dismiss and Memo of Law, purported to be Brief and attached as No. 6 to his Motion, violating L. R 5.1 (h). It should be filed and docked separately.

Marzec's Memo of Law contains mostly language which is "redundant, immaterial, impertinent, or scandalous" violating Fed. R. Civ. P. 12 (f), and is unfairly prejudicial to Plaintiff on the pages: 1, 2, 3, 4.

Marzec's Memo of Law contains:

I. Redundant language or Immaterial matters which are no essential or important relationship to the claims for relief;

II.     Impertinent statements that do not pertain, and are not necessary, to the issues in question;

III.    Scandalous matters which improperly casts a derogatory lights on Plaintiff, reflect cruelly upon her moral character, use "repulsive language" or "detract from the dignity of the court".

The Court is respectfully referred to Plaintiff's detailed Brief in support of this Motion.

WHEREFORE, Plaintiff Grazyna S. Grezak, for the reason stated above, respectfully requests the Honorable Court to strike part (pages No. 1, 2, 3, 4) of the Memo of Law "Brief" from its Docket No. 214 Att:6 , because it violated Fed. R. Civ. P. 12 (f), or/ and in its entirety, because it violated L. R. 5.1 (h) and May 16, 2018 Court's Order, and was filed without leave of Court based on misleading Affidavits , Affidavit/Declaration.

Respectfully Submitted,

Grazyna Grezak
144 Wyndham Dr.
Cresco, PA 18326

Dated: June 20, 2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAZYNA S. GREZAK,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2111 |
| | : | |
| v | : | |
| | : | (JUDGE MANNION) |
| ROPES & GRAY, LLP, *et al.* | : | |
| | : | |
| Defendants | | |

PROPOSDED ORDER

Presently before the Court is the plaintiff's motion to strike Memo of Law from the Court's Docket No. 214 Att: 6. The motion is GRANTED.

_____

MALACHY E. MANNION

United States District Judge

Dated:_____, 2018

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____X

Grazyna S Grezak,

Plaintiff,                                                       No. 3:15-CV-2111

v.

Ropes & Gray, LLP, et al.,                            (Mannion, D.J.)

Defendants                                                   (Mehalchick, M.J.)

_____X

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on _June 20_, 2018, I served via U.S. mail a true and correct copy of Plaintiff' _Proposed Order and Motion to Strike Memo of Law From Court's Docket No. 214 Att. 6_

Upon all Defendants to this case addressed as follow:

Darius A Marzec

50 Long Bridge Road

Allamuchy Township, NJ 07838;


James J. Rodgers

Dilworth Paxson LLP

1500 Market Street, Suite 3500E

Philadelphia, PA 19102;

Garbarini & Scher P. C.

Yuval D. Bar-Kokhba

432 Park Ave S # 9

New York, NY 10016

Samuel S Dalke

228 Walnut Street, Suite 220

P. O. Box 11754

Harrisburg, PA 17108

Aaron J Marcus

New York State Office of the Attorney General

44 Hawley Street, 17th Floor

Binghamton, NY 13901

*Grazyna Grezak* (signature)

Grazyna Grezak

144 Wyndham Dr.

Cresco, PA 18326

(201) 681 0076

Date: June 20, 2018