# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAZYNA S. GREZAK,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-2111 |
| : | FILED |
| v : | SCRANTON |
| : | (JUDGE MANNION) |
| ROPES & GRAY, LLP, *et al.* : | JUN 20 2018 |
| : | |
| Defendants : | PER ___ |
| | DEPUTY CLERK |

## MOTION TO EXCLUDE CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE FROM THE COURT'S DOCKET NO. 214 Att: 8

AND NOW, Plaintiff Grazyna S. Grezak ("Plaintiff"), respectfully requests the Honorable Court to exclude Certificate of Concurrence of Defendant Darius A. Marzec ("Marzec") from its Docket No. 214 Att: 8, and in support thereof, respectfully avers as follow:

On June 15, 2018 at 9:56 PM Defendant Marzec under a Pennsylvania licensed attorney Darius A Marzec filed with this Court Certificate of Concurrence/non-concurrence as the attachment No. 8 to his re 214 Motion to Dismiss.

Marzec certified ... "and that to date, the other parties have not provided either an affirmative or negative response to whether they concur with the Motion." The foregoing Marzec's certification had been inaccurate and intended to mislead the Court. Plaintiff was never contacted by Marzec to concur with his Motion to Dismiss.

WHEREFORE, Plaintiff Grazyna S. Grezak, for the reason stated above, respectfully requests the Honorable Court to exclude inaccurate Certificate of Concurrence/Non-concurrence from its Docket No. 214 Att: 8.

Respectfully Submitted,

*/s/ Grazyna Grezak*
Grazyna Grezak
144 Wyndham Dr.
Cresco, PA 18326

Dated: June 20, 2018

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAZYNA S. GREZAK,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:15-2111** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| ROPES & GRAY, LLP, *et al.* : | |
| : | |
| Defendants : | |

## PROPOSED ORDER

Presently before the court is the plaintiff's motion to exclude Certificate of Concurrence from the Court's Docket No. 214 Att: 8. The motion is GRANTED.

_____

MALACHY E. MANNION

United States District Judge

Dated: _____, 2018

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____X

Grazyna S Grezak,

Plaintiff,                                              No. 3:15-CV-2111

v.

Ropes & Gray, LLP, et al.,                   (Mannion, D.J.)

Defendants                                         (Mehalchick, M.J.)

_____X

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2018, I served via U.S. mail a true and correct copy of Plaintiff' Proposed Order and Motion to Exclude Certificate of Concurrence/Non-Concurrence from the Court's Docket No. 214 Att: 3

Upon all Defendants to this case addressed as follow:

Darius A Marzec

50 Long Bridge Road

Allamuchy Township, NJ 07838;


James J. Rodgers

Dilworth Paxson LLP

1500 Market Street, Suite 3500E

Philadelphia, PA 19102;

Garbarini & Scher P. C.

Yuval D. Bar-Kokhba

432 Park Ave S #9

New York, NY 10016


Samuel S Dalke

228 Walnut Street, Suite 220

P. O. Box 11754

Harrisburg, PA 17108


Aaron J Marcus

New York State Office of the Attorney General

44 Hawley Street, 17th Floor

Binghamton, NY 13901

*[signature]*

Grazyna Grezak

144 Wyndham Dr.

Cresco, PA 18326

(201) 681 0076

Date: June 20, 2018