# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GRAZYNA S. GREZAK, :

:

Plaintiff :

: CIVIL ACTION NO. 3:15-2111

v :

: (JUDGE MANNION)

ROPES & GRAY, LLP, *et al.* :

:

Defendants :

FILED SCRANTON
JUN 20 2018
PER ___
DEPUTY CLERK

MOTION TO EXCLUDE CERTIFICATE OF SERVICE FROM THE COURT'S DOCKET NO. 214 Att: 9

    AND NOW, Plaintiff Grazyna S. Grezak ("Plaintiff"), respectfully requests the Honorable Court to exclude Certificate of Service of Defendant Darius A. Marzec ("Marzec") from its Docket No. 214 Att: 9, and in support thereof, respectfully avers as follow:

    On June 15, 2018 at 9:56 PM, Defendant Marzec under a Pennsylvania licensed attorney Darius A Marzec filed with this Court his Certificate of Service as the attachment No. 9 to re 214 Motion to Dismiss ("Certificate"), and certified that he served Plaintiff with a true and correct copy of all listed documents "by United States, first-class mail, postage prepaid, on this 15th day of June, 2018." The foregoing Marzec's certification had been inaccurate and was intended to mislead the Court in attempt to proceed Ex-parte with Third Amended Complaint.

    Marzec did not serve Plaintiff on June 15, 2018 at 9:56 PM by United States, first-class mail with a true copy with all the documents listed in his Certificate. To the date of June 20, 2018, Plaintiff was not serve by Marzec with any documents listed in his Certificate. On June 18, 2018 Plaintiff went to the Court and achieved the copies of Marzec's filings (Doc. 213 and 214).

    WHEREFORE, Plaintiff Grazyna S Grezak, for the reason stated above, respectfully requests the Honorable Court to exclude inaccurate Certificate of Service from its Docket No. 241 Att: 9.

Respectfully Submitted,

*[signature]*

Grazyna Grezak
144 Wyndham Dr.
Cresco, PA 18326

Dated: June 20, 2018

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAZYNA S. GREZAK,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-2111 |
| : | |
| v : | |
| : | (JUDGE MANNION) |
| ROPES & GRAY, LLP, *et al.* : | |
| : | |
| Defendants | |

PROPOSED ORDER

Presently before the Court is the plaintiff's motion to exclude Certificate of Service from the Court's Docket No. 214 Att: 9. The motion is GRANTED.

_____
MALACHY E. MANNION
United States District Judge

Dated:_____, 2018

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____X

Grazyna S Grezak,

Plaintiff,                                           No. 3:15-CV-2111

v.

Ropes & Gray, LLP, et al.,                 (Mannion, D.J.)

Defendants                                       (Mehalchick, M.J.)

_____X

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2018, I served via U.S. mail a true and correct copy of Plaintiff Proposed Order and Motion to exclude Certificate of Service from the Court's Docket No. 214 Att. 9

Upon all Defendants to this case addressed as follow:

Darius A Marzec

50 Long Bridge Road

Allamuchy Township, NJ 07838;


James J. Rodgers

Dilworth Paxson LLP

1500 Market Street, Suite 3500E

Philadelphia, PA 19102;

Garbarini & Scher P. C.

Yuval D. Bar-Kokhba

432 Park Ave S #9

New York, NY 10016


Samuel S Dalke

228 Walnut Street, Suite 220

P. O. Box 11754

Harrisburg, PA 17108


Aaron J Marcus

New York State Office of the Attorney General

44 Hawley Street, 17th Floor

Binghamton, NY 13901

*(signature)*

Grazyna Grezak

144 Wyndham Dr.

Cresco, PA 18326

(201) 681 0076

Date: June 20, 2018