

Dilworth
Paxson LLP

DIRECT DIAL NUMBER:  
(215) 575-7143

James J. Rodgers  
jrodgers@dilworthlaw.com

July 26, 2018

**VIA E-FILING**

Honorable Karoline Mehalchick  
United States Magistrate Judge  
United States District Court for the Middle District of Pennsylvania  
William J. Nealon Federal Building and United States Courthouse  
235 North Washington Avenue  
Scranton, Pennsylvania 18503

Re: *Grezak v. Ropes & Gray, LLP, et al.*, **No. 15-cv-02111-MEM-KM**

Dear Judge Mehalchick:

I write on behalf of Ropes & Gray LLP ("R&G"), one of the defendants in the above-named action, and in response to *pro se* plaintiff Grazyna S. Grezak's ("Grezak") "motion to exclude Ropes & Gray, LLP' [sic] letter from the Court's docket No. 226 Opposing Plaintiff's re [sic] 200 Motion" ("Motion"). Dkt. No. 254 (Mot.). R&G opposes this Motion.

Grezak's Motion is predicated upon R&G's purported failure to serve its opposition to Grezak's Motion for a Permanent Preliminary Injunction. Dkt. Nos. 200 (Mot.); 226 (Opp'n); *see* Dkt. No. 254 at 1. However, Grezak was properly served by both email and first class mail. *See* Dkt. No. 259 (Certificate of Service attaching evidence of email service). Indeed, Grezak requested that "all documents submitted to this Court to be e-mailed to her on the address grace.grezak@gmail.com" and has not contested that she received R&G's opposition by email. *See* Dkt. No. 77 at 1. The motion to exclude should therefore be denied.

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • Fax: 215-575-7200  
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Wilmington, DE • New York, NY

120277239_1

Honorable Karoline Mehalchick
July 26, 2018
Page 2

       I am available if the Court has any questions.

       Respectfully submitted,

       James J. Rodgers
       Dilworth Paxson LLP
       1500 Market Street, Suite 3500E
       Philadelphia, PA  19102
       Tel: (215)575-7000
       Fax: (215) 575-7200
       *Attorney for Defendant Ropes & Gray LLP*

cc:    Grazyna S. Grezak
       144 Wyndham Drive
       Cresco, PA 18326-7446
       Email: grace.grezak@gmail.com

       Richard O'Brien, Esquire
       Garbarini & Scher, P.C.
       432 Park Avenue South, 9th Floor
       New York, NY 10016-8013
       Email: robrien@garbarini-scher.com

       Darius A. Marzec, Esquire
       Morris J. Schlaf, Esquire
       Marzec Law Firm, PC
       776A Manhattan Avenue, Suite 104
       Brooklyn, NY 11222
       Email: dmarzec@Marzeclaw.com
       Email: morris.schlaf@marzec.myfirm.pro

       Aaron J. Marcus, Esquire
       New York State Office of the Attorney General
       44 Hawley Street, 17th Floor
       Binghamton, NY 13901
       Email: aaron.marcus@ag.ny.gov

120277239_1

Honorable Karoline Mehalchick
July 26, 2018
Page 3


Samuel S. Dalke, Esquire
US Attorney's Office, Middle District of PA
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Email: samuel.s.dalke@usdoj.gov