UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

AUG - 2 2018

PER _____ DEPUTY CLERK

Grazyna S Grezak,

Plaintiff,

v.

Ropes & to Gray, LLP, et al.,

Defendants

Case No.

3:15-cv-2111

(MANNION, D.J.)

MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF REPLY IN OPPOSITION TO RESPONSE (DOC. NO. 264) TO 184 REPORT AND RECOMMENDATION DUE IT BEING OUT OF TIME

    Plaintiff Grazyna S Grezak respectfully moves the Honorable Court for Leave to File Affidavit in Support of Reply in Opposition to Response (Doc. No. 264) to 184 Report and Recommendation, due it being out of time, due to a serious sickness during the last two weeks.

    Wherefore, for the reason stated above, Plaintiff Grazyna S Grezak respectfully requests for leave to file her Reply.

Respectfully Submitted,

*/s/ Grazyna Grezak*

Grazyna S Grezak

144 Wyndham Dr.

Cresco, PA 18326

Date: August 1, 2018

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

Grazyna S Grezak,

Plaintiff

v.

Ropes & Gray, LLP, et al;

Defendants.

Case No. 3:15-cv-2111

(MANNION, D. J.)

(MEHALCHICK, M.J.)

## CERTIFICATE OF SERVICE

I, Grazyna S Grezak, am the Plaintiff in the above-captioned action. I declare under penalty of perjury that on August 2, 2018, I served via U. S. mail a true and correct copy of Motion for leave to File Affidavit of Grazyna Grezak in Support of Reply (Doc. No. 264) due to it being out of time upon all Defendants to this case addressed as follows:

James J. Rodgers

Dilworth Paxson LLP

1500 Market Street Suite 3500E

Philadelphia, PA 19102

Darius A. Marzec, Esq.

Marzec Law Firm, P.C.

776 Manhattan Ave #104

Brooklyn, NY 11222


Garbarini & Scher P. C.

Yuval D. Bar-Kokhba

432 Park Ave S # 9

New York, NY 10016


Samuel S Dalke

228 Walnut Street, Suite 220

P. O. Box 11754

Harrisburg, PA 17108


Aaron J Marcus

New York State Office of the Attorney General

44 Hawley Street, 17th Floor

Binghamton, NY 13901

*/s/ Grazyna Grezak*
Grazyna Grezak

144 Wyndham Dr.

Cresco, PA 18326

(201) 681 0076

Date: August 1, 2018