**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GRAZYNA GREZAK** : | |
| : | **CIVIL ACTION NO. 3:15-2111** |
| **Plaintiff** : | |
| : | **(MANNION, D.J.)** |
| **v.** : | **(MEHALCHICK, M.J.)** |
| : | |
| **ROPES & GRAY LLP,** *et al.* : | |
| : | |
| **Defendants** : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the plaintiff's objections to Judge Mehalchick's Report and Recommendation, (Doc. 231), are **OVERRULED**;

(2) Judge Mehalchick's Report and Recommendation, (Doc. 184), is **ADOPTED IN ITS ENTIRETY**;

(3) the motions to dismiss Grezak's third amended complaint filed by defendants Ropes & Gray LLP, Garbarini & Scher PC, the Mental Hygiene Legal Services Corporation ("MHLS"), and Aisha Bams, (Doc. 40, Doc. 41; Doc. 44; Doc. 70), are **GRANTED**;

(4) the plaintiff's claims against defendants Ropes & Gray, Garbarini & Scher, MHLS, and Bams are **DISMISSED WITH PREJUDICE**;

(5) the plaintiff's remaining motions against defendants Ropes & Gray, Garbarini & Scher, MHLS, and Bams, (Doc. 71; Doc. 78; Doc. 93; Doc. 111; Doc. 112; Doc. 117; Doc. 121; Doc. 124; Doc. 129; Doc. 130; Doc. 138; Doc. 156; Doc. 180; Doc. 181), are **DENIED AS MOOT**;

(6) the Clerk of Court is directed to **TERMINATE** defendants Ropes & Gray, Garbarini & Scher, MHLS, and Bams from the caption of this action;

(7) any further leave for the plaintiff to amend her complaint is **DENIED**; and

(8) this matter is **REMANDED** to Judge Mehalchick for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2111-01-Order.docx