UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**GRAZYNA S. GREZAK,**            :
                                  :
    **Plaintiff**              CIVIL ACTION NO. 3:15-2111
                                  :
    **v**
                                  :     **(JUDGE MANNION)**
**ROPES & GRAY, LLP,** *et al.*
                                  :
    **Defendants**

# O R D E R

Presently before the court is plaintiff's *pro se* motion to reopen the case[1] and for the undersigned to recuse himself. (Doc. 326). The plaintiff alleges this court cannot be impartial in light of the plaintiff's naming of Judges and court personnel, from a different Federal District Court, as defendants in this case. As to the motion to recuse, Title 28 U.S.C. §455 (a) provides that:

> **Any justice, judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.**

In the present case, plaintiff offers nothing more than her unsupported speculation that this court would act and/or has acted impartially for the benefit of colleagues in a different district. In support she only offers her apparent

---

[1] Construed by the court as a motion to reconsider its September 9, 2018 Memorandum and Order (Doc.324, Doc. 325), adopting the Report and Recommendation of Judge Mehalchick (Doc. 184), in its entirety, and dismissing the plaintiff's claims against all but one defendant. (That defendant has a separate motion to dismiss which is presently being considered, by way of R&R, by Judge Mehalchick)

disagreement with the court's ruling in her case. This, of course, is completely insufficient and no person could reasonably conclude that the undersigned impartiality could be questioned based upon the record in this case. Therefore, pursuant to 28 U.S.C. §455(a) and (b), the undersigned finds no reason to disqualify himself from adjudicating this proceeding.

Finally, the plaintiff offers no new evidence or argument the court should earnestly consider in her request to "reopen" the case. Because that motion is also completely devoid of merit, it will be **DENIED**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   September 19, 2018**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-2111-03.wpd