UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAZYNA S. GRZEAK : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-2111 |
| v. : | (JUDGE MANNION) |
| ROPES & GRAY, LLP, et al. : | |
| Defendant : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Mehalchick's report and recommendation (Doc. 346) is **ADOPTED IN ITS ENTIRETY**.

**(2)** Defendant Darius A. Marzec's motion to dismiss (Doc. 214) is **GRANTED**.

**(3)** Plaintiff Grazyna S. Grezak's third amended complaint (Doc. 27) is **DISMISSED WITH PREJUDICE**.

**(4)** All of plaintiff Grazyna S. Grezak's remaining motions[1] are **DISMISSED AS MOOT**.

---

[1] (Doc. 189; Doc. 198; Doc. 199; Doc. 200; Doc. 201; Doc. 202; Doc. 215; Doc. 217; Doc. 220; Doc. 221; Doc. 222; Doc. 223; Doc. 238; Doc. 240; Doc. 242; Doc. 244; Doc. 254; Doc. 272; Doc. 297; Doc. 299; Doc. 301; Doc. 305; Doc. 321; Doc. 338; Doc. 343)

**(5)** The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 11, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2111-02-ORDER.DOCX